IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION

LARRY WAYNE ADAMS,              *
            Petitioner          *
vs.                             *
                                    CASE NO. 4:06-CV-141(CDL)
DON JARRIEL, Warden,            *
            Respondent          *
                                *
_____ *


                ORDER ON REPORT AND RECOMMENDATION
                  OF UNITED STATES MAGISTRATE JUDGE

   After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 7, 2007, is hereby approved, adopted, and made the Order of the Court.

   IT IS SO ORDERED, this 30th day of April, 2007.



                                    S/Clay D. Land
                                       CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE